IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              4:11-CR-00094-BRW

ANGELA RENEE MARSHALL

## ORDER

Pending is the Prosecution's Motion to Dismiss the Indictment (Doc. No. 17). For good cause shown, the motion is GRANTED and the indictment is DISMISSED.

IT IS SO ORDERED this 30th day of April, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE